Stephen A. MAYBANK,
Plaintiff–Appellant

v.

John M. McHUGH, Secretary,
Department of the Army,
Defendant–Appellee.

No. 12–50719
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 18, 2013.

Stephen A. Maybank, Cross Junction, VA, pro se.

Robert Keith Shaw–Meadow, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

This court has reviewed the record and Plaintiff's complaints of discrimination and illegal retaliation, and we agree with the rulings of Judge Rodriguez made in his order dated, June 18, 2012. The judgment must be affirmed.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.